ORIGINAL

FILED

07 DEC -3 PH 3: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (SBN 82482)
2  EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN206892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104
4  Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
5  Email: wfm@dillinghammurphy.com

E-filing

6  HANGLEY ARONCHICK SEGAL & PUDLIN
   STEVE D. SHADOWEN (PA SBN 41953 – *Pro Hac Vice Pending*)
7  MONICA L. REBUCK  (PA SBN 78225 – *Pro Hac Vice Pending*)
8  30 North Third Street, Suite 700
   Harrisburg, PA 17101-1701
9  Telephone:  (717) 364-1030
   Facsimile:   (717) 364-1020
10 Email:  sshadowen@hangley.com

11     Attorneys for PLAINTIFFS

JSW

12          UNITED STATES DISTRICT COURT
13         NORTHERN DISTRICT OF CALIFORNIA

CV 07            6120

14 RITE AID CORPORATION; RITE AID HDQTRS. :   Case No.:
   CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC.:
15 D/B/A BROOKS PHARMACY; ECKERD          :   **PLAINTIFFS' CERTIFICATION**
   CORPORATION; CVS PHARMACY, INC.;       :   **OF INTERESTED ENTITIES OR**
16 and CAREMARK, L.L.C.,                  :   **PERSONS PURSUANT TO**
17                                        :   **LOCAL RULE 3-16**
                Plaintiffs                :
18                                        :
19        v.                             :
                                          :
20 ABBOTT LABORATORIES,                   :
                                          :
21              Defendant.                :   *Filed Concurrently with Complaint*
                                          :
22 ─────────────────────────────────── :

23        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

24 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

25 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

26 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

27 proceeding:

28

1.    Plaintiff Rite Aid Corporation is a Delaware Corporation. A Canadian Corporation, The Jean Coutu Group (PJC), Inc. owns more than 10% of Rite Aid Corporation's stock.

2.    Plaintiff JCG (PJC) USA, LLC ("JCG USA") is a Delaware limited liability corporation. JCG USA is a wholly-owned subsidiary of Rite Aid Corporation.

3.    Plaintiff Maxi Drug, Inc. d/b/a Brooks Pharmacy ("Brooks") is a Delaware corporation. Brooks is a wholly-owned subsidiary of JCG USA.

4.    Plaintiff Eckerd Corporation ("Eckerd") is a Delaware corporation. Eckerd is a wholly-owned subsidiary of JCG USA.

5.    Plaintiff CVS Pharmacy, Inc. ("CVS") is a Rhode Island corporation. CVS is a wholly-owned subsidiary of CVS Caremark Corporation.

6.    Plaintiff Caremark, L.L.C. ("Caremark") is a California limited liability company. Caremark is a wholly-owned subsidiary of CVS Caremark Corporation.

Dated: December 3, 2007             Respectfully submitted,

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
EDWARD E. HARTLEY
BARBARA L. HARRIS CHIANG

HANGLEY ARONCHICK SEGAL & PUDLIN
STEVE D. SHADOWEN
MONICA L. REBUCK

By: *Barbara L Harris Chiang*
Attorneys for PLAINTIFFS