ORIGINAL

FILED
07 DEC -3 PM 4:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1. DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (SBN 82482)
2. EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN206892)
3. 225 Bush Street, 6th Floor
   San Francisco, California 94104
4. Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
5. Email: wfm@dillinghammurphy.com

6. HANGLEY ARONCHICK SEGAL & PUDLIN
   STEVE D. SHADOWEN (PA SBN 41953 – *Pro Hac Vice Pending*)
7. MONICA L. REBUCK (PA SBN 78225 – *Pro Hac Vice Pending*)
8. 30 North Third Street, Suite 700
   Harrisburg, PA 17101-1701
9. Telephone: (717) 364-1030
   Facsimile:  (717) 364-1020
10. Email: sshadowen@hangley.com

11. Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

RITE AID CORPORATION; RITE AID HDQTRS. : Case No.:
CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC.
D/B/A BROOKS PHARMACY; ECKERD
CORPORATION; CVS PHARMACY, INC.;           : **ADMISSION OF ATTORNEY**
and CAREMARK, L.L.C.,                      : *PRO HAC VICE*

                    Plaintiffs
         v.

ABBOTT LABORATORIES,

                    Defendant.

C 07 6120

Pursuant to Civil L.R. 11-3, Monica L. Rebuck, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

Page 1 – APPLICATION OF MONICA L. REBUCK TO APPEAR PRO HAC VICE, Case No. C-07-_____

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN 206892)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone: (415) 397-2700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/03/07

_____
Monica L. Rebuck