ORIGINAL

FILED
07 DEC -3 PM 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (SBN 82482)
2  EDWARD E. HARTLEY (SBN 122892)
   BARBARA L. HARRIS CHIANG (SBN 206892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104
4  Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
5  Email: wfm@dillinghammurphy.com

6  HANGLEY ARONCHICK SEGAL & PUDLIN
   STEVE D. SHADOWEN
7  MONICA L. REBUCK
   30 North Third Street, Suite 700
8  Harrisburg, PA 17101-1701
9  Telephone: (717) 364-1030
   Facsimile:  (717) 364-1020
10 Email: sshadowen@hangley.com

11          Attorneys for PLAINTIFFS

12                  UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14 RITE AID CORPORATION; RITE AID HDQTRS.   : Case No.: C 07 6120
   CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC.:
15 D/B/A BROOKS PHARMACY; ECKERD             :
   CORPORATION; CVS PHARMACY, INC.;          : ADMISSION OF ATTORNEY
16 and CAREMARK, L.L.C.,                     : *PRO HAC VICE*
17                                           :
                   Plaintiffs                :
18      v.                                   :
                                             :
19 ABBOTT LABORATORIES,                      :
20                                           :
                   Defendant.                :
21

22      Pursuant to Civil L.R. 11-3, Steve D. Shadowen, an active member in good

23 standing of the bar of the Commonwealth of Pennsylvania, hereby applies for admission to

24 practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the

25 above-entitled action.

26      In support of this application, I certify on oath that:

27

28

Page 1 – APPLICATION OF STEVE D. SHADOWEN TO APPEAR PRO HAC VICE, Case No. C-07-_____

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designed as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone: (415) 397-2700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/3/07

Steve D. Shadowen