DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wfm@dillinghammurphy.com

HANGLEY ARONCHICK SEGAL & PUDLIN
STEVE D. SHADOWEN (PA SBN 41953 – *Pro Hac Vice Pending*)
MONICA L. REBUCK (PA SBN 78225 – *Pro Hac Vice Pending*)
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1030
Facsimile: (717) 364-1020
Email: sshadowen@hangley.com

Attorneys for PLAINTIFFS

**FILED**
DEC - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,

Plaintiffs

v.

ABBOTT LABORATORIES,

Defendant.

Case No.: C-07-6120 CW

[PROPOSED] ORDER GRANTING APPLICATION OF MONICA L. REBUCK, ESQ. TO APPEAR *PRO HAC VICE*

L.R. 11-3

The Court, having reviewed the Application of Monica L. Rebuck, Esq. to appear *pro hac vice* pursuant to Rule 11-3 of the Local Rules of Practice for the United States District Court for the Northern District of California, and good cause appearing, hereby approves the appearance of Monica L. Rebuck, Esq., *pro hac* vice in this action.

IT IS SO ORDERED.

Dated: DEC - 7 2007

_____
UNITED STATES DISTRICT JUDGE

Page 1 – Case No. C 07-_____
[PROPOSED] ORDER GRANTING APPLICATION OF MONICA L. REBUCK, ESQ. TO APPEAR PRO HAC VICE