Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  nnorris@winston.com; jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | Case Nos.<br><br>**C-07-5985 CW**<br>**C-07-6010 CW**<br>**C-07-6118 CW**<br>**C-07-6120 CW**<br><br>**NOTICE OF APPEARANCE FOR DAVID J. DOYLE ON BEHALF OF ABBOTT LABORATORIES**<br><br>**The Honorable Judge Wilken** |

NOTICE OF APPEARANCE FOR D. DOYLE ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2031995.1

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David J. Doyle hereby enters his appearance as counsel of record for Defendant Abbott Laboratories. Mr. Doyle is admitted *pro hac vice* in related case nos.: C-04-1511 CW, C-04-4203 CW, C-075470, and C-07-5702.

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5894<br>Telephone:　415-591-1000<br>Facsimile:　415-591-1400<br>Email:　nnorris@winston.com | James F. Hurst<br>David J. Doyle<br>Samuel S. Park<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:　312-558-5600<br>Facsimile:　312-558-5700<br>Email:　jhurst@winston.com<br>　　　　　ddoyle@winston.com<br>　　　　　spark@winston.com |

Dated: January 14, 2008　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ David J. Doyle
　　　　　　　　　　　　　　　　　　　　　　　　David J. Doyle

---

NOTICE OF APPEARANCE FOR D. DOYLE ON BEHALF OF ABBOTT LABORATORIES
Case Nos. C C-07-5985 CW, C-07-6010 CW, C-07-6118 CW, C-07-6120 CW

CHI:2031995.1

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894