Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  nnorris@winston.com; jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **RITE AID CORPORATION ET AL.** | Case Nos. |
| v. | C-07-6120 CW |
| **ABBOTT LABORATORIES.** | **NOTICE OF APPEARANCE FOR JAMES F. HURST ON BEHALF OF ABBOTT LABORATORIES** |
| | **The Honorable Judge Wilken** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James F. Hurst hereby enters his appearance as counsel of record for Defendant Abbott Laboratories.  Mr. Hurst is admitted *pro hac vice* in related case nos.: C-04-1511 CW, C-04-4203 CW, C-075470 CW, C-07-5702 CW, C-07-5985 CW, C-07-6010 CW, and C-07-6118 CW.

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5894<br>Telephone:    415-591-1000<br>Facsimile:    415-591-1400<br>Email:    nnorris@winston.com | James F. Hurst<br>David J. Doyle<br>Samuel S. Park<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:    312-558-5600<br>Facsimile:    312-558-5700<br>Email:    jhurst@winston.com<br>          ddoyle@winston.com<br>          spark@winston.com |

Dated:  January 14, 2008          WINSTON & STRAWN LLP

                                   By:    /s/ James F. Hurst
                                              James F. Hurst

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894

1
NOTICE OF APPEARANCE FOR J. HURST ON BEHALF OF ABBOTT LABORATORIES
Case No. C-07-6120 CW

CHI:2032044.1