1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2 | Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
3 | 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
4 | Telephone: (415) 956-1000
Facsimile: (415) 956-1008
5 | Email: jsaveri@lchb.com

6 | *Local Counsel for Rochester Drug Cooperative, Inc.*

7 |

8 | IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
9 | Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
10 | 1800 Avenue of the Stars #900
Los Angeles, CA 90067
11 | Telephone: (310) 277-1010
Facsimile: (310) 203-7199
12 | Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com
13 |

14 | *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

15 | [Additional Attorneys and Plaintiffs on Signature Page]

16 |

17 | **UNITED STATES DISTRICT COURT**

18 | **NORTHERN DISTRICT OF CALIFORNIA**

19 | **OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. <br><br> [caption continues next page] | Case No. C 07-5470 (CW) <br><br> *Related per October 31, 2007 Order to Case No. C-04-1511 (CW)* <br><br> **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Date: March 6, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 2 (4th Floor) <br> Judge: Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | Case No. C 07-5702 (CW) |
| 2 | | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| 4 | vs. | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 10 | | |
| 11 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 (CW)<br>*Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 12 | | |
| 13 | Plaintiffs, | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 14 | vs. | |
| 15 | ABBOTT LABORATORIES, | |
| 16 | Defendant. | |
| 17 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 18 | | |
| 19 | | |
| 20 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 (CW)<br>*Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | vs. | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 24 | ABBOTT LABORATORIES, | |
| 25 | Defendant. | |
| 26 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 27 | | |
| 28 | [caption continues next page] | |

- 2 -
KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | Case No. C 07-6118 (CW)<br><br>*Related per December 10, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date:      March 6, 2008<br>Time:     2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | Case No. C07-6120 (CW)<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date:      March 6, 2008<br>Time:     2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |

I, Stephanie Kaufman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") in the GSK v. Abbott matter. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint is excerpts of the Rebuttal Expert Report of Joel W. Hay, Ph.D., submitted in the related case, *In re Abbott Laboratories Norvir Antitrust Litigation*, Case No. C-04-1511 CW. This Report has been designated "Highly Confidential" by Defendant. Exhibit 1 has been omitted from the public filing.

3. Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss refers to and quotes from Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint. The sealable portions of this document have been redacted from the public version of this filing, and an unredacted version of this document has been lodged with the Court. In the unredacted version, the sealable portions are identified by shaded highlighting, pursuant to Civil Local Rule 79-5(c)(3)-(4).

Executed in Los Angeles, California, this 14th day of February, 2008.

_____
Stephanie Kaufman

**Additional Counsel**

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.*

DILLINGHAM & MURPHY, LLP
William Francis Murphy
Email: wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang
Email: bhc@dillinghammurphy.com
Edward Eldon Hartley
Email: eeh@dillinghammurphy.com
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

| | |
|---|---|
| 1 | BERGER & MONTAGUE, P.C. |
| 2 | Eric L. Cramer, Pro Hac Vice<br>Email: ecramer@bm.net |
| 3 | Daniel Berger<br>Email: danberger@bm.net |
| 4 | David F. Sorensen<br>Email: dsorensen@bm.net |
| 5 | 1622 Locust Street<br>Philadelphia, PA 19103 |
| 6 | Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604 |
| 7 | *Lead Counsel for Rochester Drug Cooperative,* |
| 8 | *Inc.* |
| 9 | GARWIN GERSTEIN & FISHER, LLP |
| 10 | Bruce E. Gerstein, Pro Hac Vice<br>Email: bgerstein@garwingerstein.com |
| 11 | Noah H. Silverman, Pro Hac Vice<br>Email: nsilverman@garwingerstein.com |
| 12 | 1501 Broadway, Suite 1416<br>New York, New York 10036 |
| 13 | Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620 |
| 14 | *Lead Counsel for Louisiana Wholesale Drug Co.,* |
| 15 | *Inc.* |
| 16 | SPIEGEL LIAO & KAGAY, LLP |
| 17 | Charles M. Kagay (State Bar No. 73377)<br>Email: cmk@slksf.com |
| 18 | Wayne M. Liao (State Bar No. 66591)<br>Email: wml@slksf.com |
| 19 | 388 Market Street, Suite 900<br>San Francisco, California 94111 |
| 20 | Telephone: (415) 956-5959<br>Facsimile: (415) 962-1431 |
| 21 | *Local Counsel for Plaintiff Louisiana Wholesale* |
| 22 | *Drug, Co. Inc.* |

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

```
 1                          KAPLAN FOX & KILSHEIMER LLP
 2                          Laurence D. King (SBN 206423)
                            Email: lking@kaplanfox.com
 3                          Linda M. Fong (SBN 124232)
                            Email: lfong@kaplanfox.com
 4                          350 Sansome Street, Suite 400
                            San Francisco, CA 94104
 5                          Telephone: (415) 772-4700
                            Facsimile: (415) 772-4707
 6

 7                          Robert N. Kaplan, Pro Hac Vice
                            Email: rkaplan@kaplanfox.com
 8                          Linda P. Nussbaum, Pro Hac Vice
                            Email: lnussbaum@kaplanfox.com
 9                          850 Third Avenue, 14th Floor
                            New York, NY 10022
10                          Telephone: (212) 687-1980
                            Facsimile: (212) 687-7714
11
                            Lead Counsel for Meijer, Inc. and Meijer
12                          Distribution, Inc.

13

14
                            Additional Counsel for Plaintiffs (Client Not
15                          Specified):

16
                            ODOM & DES ROCHES, LLP
17                          John Gregory Odom, Pro Hac Vice
                            Email: greg@odrlaw.com
18                          Stuart E. Des Roches, Pro Hac Vice
                            Email: stuart@odrlaw.com
19                          John Alden Meade, Pro Hac Vice
                            Email: jmeade@odrlaw.com.
20                          Suite 2020, Poydras Center
                            650 Poydras Street
21                          New Orleans, LA 70130
                            Telephone: (504) 522-0077
22                          Facsimile: (504) 522-0078

23
                            PERCY SMITH & FOOTE, LLP
24                          David P. Smith, Pro Hac Vice
                            Email: dpsmith@psfllp.com
25                          W. Ross Foote, Pro Hac Vice
                            Email: rfoote@psfllp.com
26                          720 Murray Street
                            P.O. Box 1632
27                          Alexandria, LA 71309
                            Telephone: (318) 445-4480
28                          Facsimile: (318) 487-1741
```

- 7 -

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

```
 1                                      KOZYAK TROPIN & THROCKMORTON
                                        Tucker Ronzetti, Pro Hac Vice
 2                                      Email: tr@kttlaw.com
                                        Adam Moskowitz, Pro Hac Vice
 3                                      Email: amm@kttlaw.com
                                        2800 Wachovia Financial Center
 4                                      200 South Biscayne Boulevard
                                        Miami, Florida 33131-2335
 5                                      Telephone: (305) 372-1800
                                        Telecopier: (305) 372-3508
 6

 7                                      AUBERTINE DRAPER ROSE, LLP
                                        Andrew E. Aubertine, Pro Hac Vice
 8                                      Email: aa@adr-portland.com
                                        1211 SW Sixth Avenue
 9                                      Portland, Oregon 97204
                                        Telephone: (503) 221-4570
10                                      Facsimile: (503) 221-4590

11
                                        LAW OFFICES OF JOSHUA P. DAVIS
12                                      Joshua P. Davis (State Bar No. 193254)
                                        Email: davisj@usfca.edu
13                                      437A Valley Street
                                        San Francisco, CA 94131
14                                      Telephone: (415) 422-6223

15
                                        VANEK, VICKERS & MASINI, P.C.
16                                      Joseph M. Vanek, Pro Hac Vice
                                        Email: jvanek@vaneklaw.com
17                                      David P. Germaine, Pro Hac Vice
                                        Email: dgermaine@vaneklaw.com
18                                      111 South Wacker Drive, Suite 4050
                                        Chicago, IL 60606
19                                      Telephone: (312) 224-1500
                                        Facsimile: (312) 224-1510
20

21                                      SPERLING & SLATER
                                        Paul E. Slater, Pro Hac Vice
22                                      Email: pes@sperling-law.com
                                        55 West Monroe Street, Suite 3200
23                                      Chicago, Illinois 60603
                                        Telephone: (312) 641-3200
24                                      Facsimile: (312) 641-6492

25

26

27

28
```

- 8 -

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

```
 1      KENNY NACHWALTER, PA
        Lauren C. Ravkind
 2      Scott Eliot Perwin
        Email: sperwin@kennynachwalter.com
 3      201 S. Biscayne Blvd.
        1100 Miami Center
 4      Miami, Florida 33131
        Telephone: (512) 480-802
 5

 6      ARNOLD & PORTER
        Kenneth A. Letzler, Pro Hac Vice
 7      Email: Kenneth_Letzler@aporter.com
        555 Twelfth Street, NW
 8      Washington, DC 20004-1206
        Telephone: (202) 942-5000
 9      Facsimile: (202) 942-5999

10      HANGLEY ARONCHICK SEGAL & PUDLIN
        Steve D. Shadowen
11      Email: sshadowen@hangley.com
        Monica L. Rebuck
12      Email: mrebuck@hangley.com
        30 North Third Street, Suite 700
13      Harrisburg, PA 17101-1701
        Telephone:  (717) 364-1007
14      Facsimile: (717) 362-1020

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

- 9 -