```
 1  LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
 2  Joseph R. Saveri (State Bar No. 130064)
    Embarcadero Center West
 3  275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339
 4  Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
 5  Email: jsaveri@lchb.com

 6  Local Counsel for Rochester Drug Cooperative, Inc.

 7
    IRELL & MANELLA LLP
 8  Alexander Frank Wiles (CA 73596)
    Brian Hennigan (CA 86955)
 9  Stephanie Kaufman (CA 162644)
    Trevor Stockinger (CA 226359)
10  1800 Avenue of the Stars #900
    Los Angeles, CA 90067
11  Telephone:  (310) 277-1010
    Facsimile:  (310) 203-7199
12  Email: awiles@irell.com; bhennigan@irell.com
    skaufman@irell.com; tstockinger@irell.com
13
    Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline
14

15  [Additional Attorneys and Plaintiffs on Signature Page]

16

17                      UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

20  SAFEWAY INC.; WALGREEN CO.; THE        )  Case No. C 07-5470 (CW)
    KROGER CO.; NEW ALBERTSON'S, INC.;     )
21  AMERICAN SALES COMPANY, INC.; and      )  Related per October 31, 2007 Order to
    HEB GROCERY COMPANY, LP,               )  Case No. C-04-1511 (CW)
22                                         )
                      Plaintiff,           )  [PROPOSED] ORDER GRANTING
23                                         )  PLAINTIFFS' MOTION TO FILE
            vs.                            )  DOCUMENTS UNDER SEAL
24                                         )
    ABBOTT LABORATORIES,                   )  Date:       March 6, 2008
25                                         )  Time:       2:00 p.m.
                      Defendant.           )  Courtroom:  2 (4th Floor)
26                                         )  Judge:      Hon. Claudia Wilken
                                           )
27                                         )
                                           )
28       [caption continues next page]     )
                                           )
```

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5702 (CW)<br><br>*Related per November 19, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  March 6, 2008<br>Time:  2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:  Hon. Claudia Wilken |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5985 (CW)<br><br>*Related per November 30, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  March 6, 2008<br>Time:  2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:  Hon. Claudia Wilken |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-6010 (CW)<br><br>*Related per December 3, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  March 6, 2008<br>Time:  2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:  Hon. Claudia Wilken |

[caption continues next page]

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | ) Case No. C 07-6118 (CW) |
| 2 | | ) Related per December 10, 2007 Order to Case No. C-04-1511 (CW) |
| 3 | Plaintiff, | ) |
| 4 | vs. | ) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL |
| 5 | ABBOTT LABORATORIES, | ) |
| 6 | Defendant. | ) Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 7 | | |
| 8 | | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | ) Case No. C 07-6120 (CW) |
| 10 | | ) Related per December 5, 2007 Order to Case No. C-04-1511 (CW) |
| 11 | | ) |
| 12 | Plaintiff, | ) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL |
| 13 | vs. | ) |
| 14 | ABBOTT LABORATORIES, | ) Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 15 | Defendant. | ) |

As set forth in Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant To Civil Local Rule 79-5 ("Administrative Motion"), Plaintiffs lodged with the Court the following documents:

1. Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss.

2. Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint.

Having considered Plaintiffs' Administrative Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that: (a) Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss; and (b) Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint, are to be filed under seal.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Claudia Wilken
                                        United States District Judge

Respectfully submitted,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

```
 1  IRELL & MANELLA LLP
    Alexander Frank Wiles (CA 73596)
 2  Brian Hennigan (CA 86955)
    Stephanie Kaufman (CA 162644)
 3  Trevor Stockinger (CA 226359)
    1800 Avenue of the Stars #900
 4  Los Angeles, CA 90067
    Telephone: (310) 277-1010
 5  Facsimile: (310) 203-7199
    Email: awiles@irell.com; bhennigan@irell.com
 6  skaufman@irell.com; tstockinger@irell.com

 7  Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.

 8
    DILLINGHAM & MURPHY, LLP
 9  William Francis Murphy
    Email: wfm@dillinghammurphy.com
10  Barbara Lynne Harris Chiang
    Email: bhc@dillinghammurphy.com
11  Edward Eldon Hartley
    Email: eeh@dillinghammurphy.com
12  225 Bush Street, Sixth Floor
    San Francisco, CA 94104-4207
13  Telephone: (415) 397-2700
    Facsimile: (415) 397-3300
14
    Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.
15

16  BERGER & MONTAGUE, P.C.
    Eric L. Cramer, Pro Hac Vice
17  Email: ecramer@bm.net
    Daniel Berger
18  Email: danberger@bm.net
    David F. Sorensen
19  Email: dsorensen@bm.net
    1622 Locust Street
20  Philadelphia, PA 19103
    Telephone: (215) 875-3000
21  Facsimile: (215) 875-4604

22  Lead Counsel for Rochester Drug Cooperative, Inc.

23
    GARWIN GERSTEIN & FISHER, LLP
24  Bruce E. Gerstein, Pro Hac Vice
    Email: bgerstein@garwingerstein.com
25  Noah H. Silverman, Pro Hac Vice
    Email: nsilverman@garwingerstein.com
26  1501 Broadway, Suite 1416
    New York, New York 10036
27  Telephone: (212) 398-0055
    Facsimile: (212) 764-6620
28
    Lead Counsel for Louisiana Wholesale Drug Co., Inc.
```

1821455.2 02

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

```
 1  SPIEGEL LIAO & KAGAY, LLP
    Charles M. Kagay (State Bar No. 73377)
 2  Email: cmk@slksf.com
    Wayne M. Liao (State Bar No. 66591)
 3  Email: wml@slksf.com
    388 Market Street, Suite 900
 4  San Francisco, California 94111
    Telephone: (415) 956-5959
 5  Facsimile: (415) 962-1431

 6  Local Counsel for Plaintiff Louisiana Wholesale
    Drug, Co. Inc.
 7

 8  KAPLAN FOX & KILSHEIMER LLP

 9  Laurence D. King (SBN 206423)
    Email: lking@kaplanfox.com
10  Linda M. Fong (SBN 124232)
    Email: lfong@kaplanfox.com
11  350 Sansome Street, Suite 400
    San Francisco, CA 94104
12  Telephone: (415) 772-4700
    Facsimile: (415) 772-4707
13
    Robert N. Kaplan, Pro Hac Vice
14  Email: rkaplan@kaplanfox.com
    Linda P. Nussbaum, Pro Hac Vice
15  Email: lnussbaum@kaplanfox.com
    850 Third Avenue, 14th Floor
16  New York, NY 10022
    Telephone: (212) 687-1980
17  Facsimile: (212) 687-7714

18  Lead Counsel for Meijer, Inc. and Meijer
    Distribution, Inc.
19

20  **Additional Counsel for Plaintiffs (Client Not Specified):**

21
    ODOM & DES ROCHES, LLP
22  John Gregory Odom, Pro Hac Vice
    Email: greg@odrlaw.com
23  Stuart E. Des Roches, Pro Hac Vice
    Email: stuart@odrlaw.com
24  John Alden Meade, Pro Hac Vice
    Email: jmeade@odrlaw.com.
25  Suite 2020, Poydras Center
    650 Poydras Street
26  New Orleans, LA 70130
    Telephone: (504) 522-0077
27  Facsimile: (504) 522-0078

28
```

- 3 -
1821455.2 02

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

```
 1  PERCY SMITH & FOOTE, LLP
    David P. Smith, Pro Hac Vice
 2  Email: dpsmith@psfllp.com
    W. Ross Foote, Pro Hac Vice
 3  Email: rfoote@psfllp.com
    720 Murray Street
 4  P.O. Box 1632
    Alexandria, LA 71309
 5  Telephone: (318) 445-4480
    Facsimile: (318) 487-1741
 6

 7  KOZYAK TROPIN & THROCKMORTON
    Tucker Ronzetti, Pro Hac Vice
 8  Email: tr@kttlaw.com
    Adam Moskowitz, Pro Hac Vice
 9  Email: amm@kttlaw.com
    2800 Wachovia Financial Center
10  200 South Biscayne Boulevard
    Miami, Florida 33131-2335
11  Telephone: (305) 372-1800
    Telecopier: (305) 372-3508
12

13  AUBERTINE DRAPER ROSE, LLP
    Andrew E. Aubertine, Pro Hac Vice
14  Email: aa@adr-portland.com
    1211 SW Sixth Avenue
15  Portland, Oregon 97204
    Telephone: (503) 221-4570
16  Facsimile: (503) 221-4590

17
    LAW OFFICES OF JOSHUA P. DAVIS
18  Joshua P. Davis (State Bar No. 193254)
    Email: davisj@usfca.edu
19  437A Valley Street
    San Francisco, CA 94131
20  Telephone: (415) 422-6223

21
22
23
24
25
26
27
28
```

- 4 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

1821455.2 02

| | |
|---|---|
| 1 | VANEK, VICKERS & MASINI, P.C. |
|   | Joseph M. Vanek, Pro Hac Vice |
| 2 | Email: jvanek@vaneklaw.com |
|   | David P. Germaine, Pro Hac Vice |
| 3 | Email: dgermaine@vaneklaw.com |
|   | 111 South Wacker Drive, Suite 4050 |
| 4 | Chicago, IL 60606 |
|   | Telephone: (312) 224-1500 |
| 5 | Facsimile: (312) 224-1510 |
|   | SPERLING & SLATER |
| 6 | Paul E. Slater, Pro Hac Vice |
|   | Email: pes@sperling-law.com |
| 7 | 55 West Monroe Street, Suite 3200 |
|   | Chicago, Illinois 60603 |
| 8 | Telephone: (312) 641-3200 |
|   | Facsimile: (312) 641-6492 |
| 9 | |
| 10 | KENNY NACHWALTER, PA |
|   | Lauren C. Ravkind |
| 11 | Scott Eliot Perwin |
|   | Email: sperwin@kennynachwalter.com |
| 12 | 201 S. Biscayne Blvd. |
|   | 1100 Miami Center |
| 13 | Miami, Florida 33131 |
|   | Telephone: (512) 480-802 |
| 14 | |
| 15 | ARNOLD & PORTER |
|   | Kenneth A. Letzler, Pro Hac Vice |
| 16 | Email: Kenneth_Letzler@aporter.com |
|   | 555 Twelfth Street, NW |
| 17 | Washington, DC 20004-1206 |
|   | Telephone: (202) 942-5000 |
| 18 | Facsimile: (202) 942-5999 |
| 19 | |
|   | HANGLEY ARONCHICK SEGAL & PUDLIN |
| 20 | Steve D. Shadowen |
|   | Email: sshadowen@hangley.com |
| 21 | Monica L. Rebuck |
|   | Email: mrebuck@hangley.com |
| 22 | 30 North Third Street, Suite 700 |
|   | Harrisburg, PA 17101-1701 |
| 23 | Telephone: (717) 364-1007 |
|   | Facsimile: (717) 362-1020 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 5 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

1821455.2 02