DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300
Email: wfm@dillinghammurphy.com

HANGLEY ARONCHICK SEGAL & PUDLIN
STEVE D. SHADOWEN (PA SBN 41953 – *Pro Hac Vice*)
MONICA L. REBUCK (PA SBN 78225 – *Pro Hac Vice*)
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone:  (717) 364-1030
Facsimile:   (717) 364-1020
Email:  sshadowen@hangley.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. C07-5702 (CW)<br><br>*Related per December 5, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**MANUAL FILING NOTIFICATION**<br><br>**PLAINTIFFS' OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS (UNREDACTED)**<br><br>Date:　　　March 6, 2008<br>Time:　　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　　Hon. Claudia Wilken |

1822747.1 02

1  Regarding the Following Filing:

2  Plaintiffs' Opposition to Abbott's Omnibus Motion To Dismiss.

3  This filing is in physical form only, and is being maintained in the case file in the Clerk's

4 office.

5  If you are a participant in this case, this filing will be served in physical form shortly.

6  For information on retrieving this filing directly from the court, please see the court's main

7 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8  This filing was not efiled for the following reason(s):

9  [_] Voluminous Document (PDF file size larger than the efiling system allows)

10  [_] Unable to Scan Documents

11  [_] Physical Object (description):

12  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

13  [X] Item Under Seal

14  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

15  [_] Other (description): _____

16  _____

17

18  Dated: February 14, 2008            Respectfully submitted,

19

20

21                                      By: /s/ [signature]

22

23                                      Attorneys for Plaintiff

24

25

26

27

28

1822747.1 02                           - 2 -