DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300
Email: wfm@dillinghammurphy.com

HANGLEY ARONCHICK SEGAL & PUDLIN
STEVE D. SHADOWEN (PA SBN 41953 – *Pro Hac Vice*)
MONICA L. REBUCK (PA SBN 78225 – *Pro Hac Vice*)
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1030
Facsimile:   (717) 364-1020
Email:  sshadowen@hangley.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No. C07-5702 (CW) <br><br> *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* <br><br> **MANUAL FILING NOTIFICATION** <br><br> **CONFIDENTIAL EXHIBIT TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS** <br><br> Date:         March 6, 2008 <br> Time:        2:00 p.m. <br> Courtroom: 2 (4th Floor) <br> Judge:       Hon. Claudia Wilken |

1822747.1 02

1  Regarding the Following Filing:

2  Exhibit 1 to Plaintiffs' Request For Judicial Notice In Support Of Their Opposition To

3  Abbott's Omnibus Motion To Dismiss.

4  This filing is in physical form only, and is being maintained in the case file in the Clerk's

5  office.

6  If you are a participant in this case, this filing will be served in physical form shortly.

7  For information on retrieving this filing directly from the court, please see the court's main

8  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not efiled for the following reason(s):

10  [_] Voluminous Document (PDF file size larger than the efiling system allows)

11  [_] Unable to Scan Documents

12  [_] Physical Object (description):

13  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

14  [X] Item Under Seal

15  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  [_] Other (description): _____

17  _____

18

19  Dated: February 14, 2008        Respectfully submitted,

20

21

22                                  By: _____

23

24                                  Attorneys for Plaintiff

25

26

27

28

1822747.1 02                        - 2 -