DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
EDWARD E. HARTLEY (SBN 122892)
BARBARA L. HARRIS CHIANG (SBN206892)
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:   (415) 397-2700
Facsimile:    (415) 397-3300
Email: wfm@dillinghammurphy.com

HANGLEY ARONCHICK SEGAL & PUDLIN
STEVE D. SHADOWEN (PA SBN 41953 – *Pro Hac Vice*)
MONICA L. REBUCK (PA SBN 78225 – *Pro Hac Vice*)
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone:  (717) 364-1030
Facsimile:   (717) 364-1020
Email:  sshadowen@hangley.com

   Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HEADQUARTERS, CORP.;THE JEAN COUTU GROUP (PJC) USA, INC.; MAXI DRUG, INC., D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>                    Plaintiffs,<br>         v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | **Case No.: C 07 06120 CW**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On February 14, 2008, I served the following document on the party listed below:

1. **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**
2. **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**
3. **MANUAL FILING NOTIFICATION – PLAINTIFFS' OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS (UNREDACTED)**
4. **MANUAL FILING NOTIFICATION – EXHIBIT 1 TO REQUEST FOR JUDICIAL NOTICE**
5. **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
6. **REQUEST FOR JUDICIAL NOTICE**
7. **PLAINTIFFS' OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS**

☑   **((BY PERSONAL SERVICE)** By causing a true copy thereof enclosed to be personally delivered on the date indicated below.

Nicole M. Norris
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Tel: 415-591-1000
Fax: 415-591-1400
Email: nnorrise@winston.com
*Attorneys for Defendant*
***ABBOTT LABORATORIES***

☑   **(BY ELECTRONIC DELIVERY)** By sending a true copy thereof in pdf format electronically the party(ies) listed below at the appropriate email address(es).

Nicole M. Norris
WINSTON & STRAWN LLP
Email: nnorrise@winston.com

David J. Doyle
WINSTON & STRAWN LLP
ddoyle@winston.com

James F. Hurst
WINSTON & STRAWN LLP
jhurst@winston.com, ECF_CH@winston.com

Samuel S. Park
WINSTON & STRAWN LLP
spark@winston.com

**Attorneys for Defendant**
***ABBOTT LABORATORIES***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 14, 2008, at San Francisco, California.

_____
Mardoux Graff