Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>   Defendant.<br><br>[caption continues next page] | **No. C 07-5985 CW**<br><br>*Related Per November 30, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)**<br><br>Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **No. C 07-6010 CW**<br><br>*Related Per December 3, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **No. C 07-6118 CW**<br><br>*Related Per December 10, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)** |
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5702 CW**<br><br>*Related Per November 19, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)** |
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues next page] | **No. C 07-5470 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)** |

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | **No. C 07-6120 CW**<br><br>*Related Per December 5, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)**<br><br>Date:　　　March 6, 2008<br>Time:　　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　　Hon. Claudia Wilken |

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5894

---

DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)
Case Nos. C 07-5985 CW, C 07-6010 CW, C 07-6118 CW, C 07-5702 CW, C 07-5470 CW, C 07-6120 CW

I, Samuel S. Park, declare:

1. I am an attorney at law, admitted *pro hac vice* to practice in this Court for these matters. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. I submit this Declaration pursuant to Local Rule 79-5(d).

3. On February 14, 2008, Plaintiffs filed their Request For Judicial Notice In Support Of Their Opposition To Abbott's Omnibus Motion To Dismiss. They filed Exhibit 1 of their Request for Judicial Notice, which consists of pages 1, 17-19, 27-31, and 98 of Rebuttal Expert Report of Joel W. Hay, Ph.D. ("Hay Rebuttal Report"), under seal. Abbott previously had designated these pages as highly confidential under the Court's protective order.

4. By letter dated February 21, 2008, Abbott withdrew its confidentiality designations for the pages 1, 17-19, 27-30, and 98 of Rebuttal Expert Report of Joel W. Hay, Ph.D.

5. Page 31, ¶ 45, of Hay Rebuttal Report, however, contains confidential business information related to negotiated royalty rates paid by various licensees to Abbott in return for the license regarding Abbott's Norvir patents. In recognition of the fact that this information is competitively sensitive, Abbott and its licensees included confidentiality provisions in the license agreements protecting the disclosure of the royalty rates.

6. This Court previously has concluded that Abbott's license agreement with one of its licensees, GSK, was protected from public disclosure. "The agreement contains confidential information related to negotiated terms and royalty rates. Abbott has filed a declaration establishing that this information is a trade secret which, if made public, could damage Abbott's ability to compete in the market. Additionally, there is no particular public interest in having access to this specific information. Accordingly, the Court finds that a compelling interest exists to file this exhibit under seal." (2/5/08 Order, Docket No. 45, 07-cv-05702-CW).

7. To preserve the confidentiality asserted by both Abbott and its licensees and also consistent with this Court's 2/5/08 Order, Abbott has redacted a part of the Hay Rebuttal Report, Page 31, ¶ 45, from public disclosure.

DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)
Case Nos. C 07-5985 CW, C 07-6010 CW, C 07-6118 CW, C 07-5702 CW, C 07-5470 CW, C 07-6120 CW

8.   With this Declaration, Abbott therefore resubmits Exhibit 1 to Plaintiffs' Request for Judicial Notice, with the limited redaction described herein, to be filed into the public record. The Exhibit 1 to Plaintiffs' Request for Judicial Notice as originally filed under seal should remain under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois, this 21st day of February, 2008.

February 21, 2008

/s/ Samuel S. Park
Samuel S. Park,
spark@winston.com

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

DECLARATION OF SAMUEL S. PARK PURSUANT TO CIV. L.R. 79-5(D)
Case Nos. C 07-5985 CW, C 07-6010 CW, C 07-6118 CW, C 07-5702 CW, C 07-5470 CW, C 07-6120 CW