Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related Per November 30, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS ACCOMPANYING ABBOTT LABORATORIES' REPLY BRIEFS IN SUPPORT OF ITS MOTIONS TO DISMISS PLAINTIFFS' CLAIMS**<br><br>Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-6010 CW**<br><br>*Related Per December 3, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS ACCOMPANYING ABBOTT LABORATORIES' REPLY BRIEFS IN SUPPORT OF ITS MOTIONS TO DISMISS PLAINTIFFS' CLAIMS** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-6118 CW**<br><br>*Related Per December 10, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS ACCOMPANYING ABBOTT LABORATORIES' REPLY BRIEFS IN SUPPORT OF ITS MOTIONS TO DISMISS PLAINTIFFS' CLAIMS** |
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-5702 CW**<br><br>*Related Per November 19, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS ACCOMPANYING ABBOTT LABORATORIES' REPLY BRIEFS IN SUPPORT OF ITS MOTIONS TO DISMISS PLAINTIFFS' CLAIMS** |
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant.<br><br>   [caption continues next page] | **Case No. C 07-5470 CW**<br><br>*Related Per October 31, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS ACCOMPANYING ABBOTT LABORATORIES' REPLY BRIEFS IN SUPPORT OF ITS MOTIONS TO DISMISS PLAINTIFFS' CLAIMS** |

| | |
|---|---|
| 1  RITE AID CORPORATION; RITE AID<br>    HDQTRS, CORP.; JCG (PJC) USA, LLC;<br>2  MAXI DRUG, INC. d/b/a BROOKS<br>    PHARMACY; ECKERD CORPORATION;<br>3  CVS PHARMACY, INC.; and CAREMARK,<br>    L.L.C.,<br>4<br>                    Plaintiffs,<br>5<br>         vs.<br>6<br>    ABBOTT LABORATORIES,<br>7<br>                    Defendant. | **Case No. C 07-6120 CW**<br><br>*Related Per December 5, 2007 Order to*<br>*Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS**<br>**ACCOMPANYING ABBOTT**<br>**LABORATORIES' REPLY BRIEFS IN**<br>**SUPPORT OF ITS MOTIONS TO DISMISS**<br>**PLAINTIFFS' CLAIMS** |

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

I, Nicole M. Norris, declare:

1. I am an attorney at law, admitted to practice in this Court for these matters. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. I submit this declaration in support of Abbott's Reply Briefs in Support of its Motions to Dismiss the GSK Complaint, the Meijer Plaintiffs' Consolidated Amended Complaint, and the Plaintiffs' Sherman Act Claims. The statements contained herein are based on my own personal knowledge unless otherwise stated.

3. A true and correct copy of pages 1-6 of the Rebuttal Expert Report of Joel W. Hay, Ph.D., which Abbott submitted to the Doe/SEIU Plaintiffs in the related case, *In re Abbott Labs Antitrust Litigation*, C-04-1511-CW, is attached hereto as **Exhibit A** ("Hay Report"). Plaintiffs in the above-captioned cases have requested that this Court take judicial notice of pages 1, 17-19, 27-30, and 98 of the Hay Report. To the extent that this Court takes judicial notice of those pages, Abbott requests that the Court take judicial notice of pages 1-6 of the Hay Report.

4. A true and correct copy of the transcript from the hearing on Abbott's Motion to Dismiss Doe Plaintiffs' Amended Complaint, filed with this Court as Docket No. 187 in the related case, *In re Abbott Labs Antitrust Litigation*, C-04-1511-CW, is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 21st day of February, 2008.

February 21, 2008

/s/ Nicole M. Norris
Nicole M. Norris,
nnorris@winston.com

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894