|   |   |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
|   | WILLIAM F. MURPHY (SBN 82482) |
| 2 | EDWARD E. HARTLEY (SBN 122892) |
|   | BARBARA L. HARRIS CHIANG (SBN206892) |
| 3 | 225 Bush Street, 6th Floor |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 397-2700 |
|   | Facsimile: (415) 397-3300 |
| 5 | Email: wfm@dillinghammurphy.com |

HANGLEY ARONCHICK SEGAL & PUDLIN
STEVE D. SHADOWEN (Admitted *Pro Hac Vice*)
MONICA L. REBUCK  (Admitted *Pro Hac Vice*)
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone:  (717) 364-1030
Facsimile:    (717) 364-1020
Email:  sshadowen@hangley.com

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br> Plaintiffs <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No.: C 07-6120 CW <br><br> **NOTICE OF APPEARANCE OF MONICA L. REBUCK FOR RITE AID CORPORATION, ET AL.** <br><br> **The Honorable Judge Wilken** |

---

Page 1 –Case No. C 07-6120 CW
NOTICE OF APPEARANCE OF MONICA L. REBUCK FOR RITE AID CORPORATION, ET AL.

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Monica L. Rebuck hereby enters her appearance as counsel of record for Rite Aid Corporation, Rite Aid HDQTRS. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc., d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc. and Caremark, L.L.C.  Ms. Rebuck was admitted *pro hac vice* in this case on December 7, 2007.

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| William F. Murphy | Steve D. Shadowen |
| Edward E. Hartley | Monica L. Rebuck |
| Barbara L. Harris Chaing | HANGLEY ARONCHICK SEGAL & PUDLIN |
| DILLINGHAM & MURPHY, LLP | 30 North Third Street, Suite 700 |
| 225 Bush Street, 6th Floor | Harrisburg, PA 17101-1701 |
| San Francisco, CA 94104 | Telephone: (717) 364-1030 |
| Telephone: (415) 397-2700 | Facsimile: (717) 364-1020 |
| Facsimile: (415) 397-3300 | Email: mrebuck@hangley.com |
| Email: wfm@dillinghammurphy.com | |

Dated:  February 27, 2008          HANGLEY ARONCHICK SEGAL & PUDLIN

                                          By:     /s/ Monica L. Rebuck
                                              Monica L. Rebuck