1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone:  (415) 956-5959
12 Facsimile: (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14
   [Additional Attorneys and Plaintiffs listed on Signature
15 Page]

16                    UNITED STATES DISTRICT COURT
17
                      NORTHERN DISTRICT OF CALIFORNIA
18
                              (OAKLAND DIVISION)
19

20
21 MEIJER, INC. & MEIJER                    Case No. C 07-5985 CW
   DISTRIBUTION, INC., on behalf of
   themselves and all others similarly      **PLAINTIFFS' REVISED STIPULATED**
22 situated,                                 **MOTION AND ORDER TO CHANGE CLASS**
                                             **CERTIFICATION HEARING AND**
23              Plaintiffs,                  **BRIEFING DATES  AS MODIFIED**

24 v.                                        **Hon. Claudia Wilken**

25 ABBOTT LABORATORIES,

26              Defendant.

27
   --[*caption continues next page*]--
28

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

**PLAINTIFFS' REVISED STIPULATED MOTION AND ORDER
TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES  AS MODIFIED**

Plaintiffs and Defendant (the "Parties") in the above-captioned direct purchaser class cases hereby stipulate to, and respectfully seek, a change of the dates of the class certification hearing and briefing established by the December 12, 2007 Case Management Order.

The Parties seek to delay the class certification briefing schedule by just over one month. Under the new class certification schedule: (1) Plaintiffs' opening motion and brief would be due May 5, 2008; (2) Defendant's response would be due June 16, 2008; (3) Plaintiffs' reply would be due July 14, 2008; and (4) oral argument would be scheduled for Thursday, August 7, 2008, at 2:00 p.m.

None of these changes affects the intervals between briefs, nor does the proposal alter the interval between the close of briefing and the proposed hearing date. Additionally, the parties

1  agree that no other dates in the Court's schedule for these cases, or for any of the related Norvir
2  antitrust actions, would need to change. The Parties have confirmed that the Court is available on
3  Thursday, August 7, 2008, at 2:00 p.m., for the class certification hearing.
4      In view of the fact that no change proposed by this stipulation (which is limited to the
5  scheduling of the class certification motion only) would in any way affect the schedules of their
6  separate, albeit related, cases, plaintiffs GlaxoSmithKline (Case No. C 07-5702 CW), Safeway
7  Stores, *et al*. (Case No. C 07-5470 CW), and Rite-Aid Corporation, *et al.* (C -07-6120 CW) in the
8  related Norvir antitrust actions also stipulate to this motion.
9      SO STIPULATED:
10 Dated: March 31st, 2008

| WINSTON & STRAWN LLP | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|---|---|
| By:   */s/ Nicole M. Norris*<br>    Nicole M. Norris | By:   */s/ Joseph R. Saveri*<br>    Joseph R. Saveri |
| Nicole M. Norris (SBN 222785)<br>*nnorris@winston.com*<br>James F. Hurst<br>*jhurst@winston.com*<br>David J. Doyle<br>*ddoyle@winston.com*<br>Samuel S. Park<br>*spark@winston.com*<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 | Joseph R. Saveri<br>*jsaveri@lchb.com*<br>Eric B. Fastiff<br>*efastiff@lchb.com*<br>Brendan Glackin<br>*bglackin@lchb.com*<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone:   (415) 956-1000<br>Facsimile:   (415) 956-1008 |
| *Attorneys for Defendant Abbott Laboratories* | *Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.* |

| | | |
|---|---|---|
| 1 | IRELL & MANELLA, LLP | SPIEGEL, LIAO & KAGAY |
| | | Charles M. Kagay (State Bar No. 73377) |
| 2 | | *cmk@slksf.com* |
| | By: ____/s/ Alex Wiles_____ | Wayne M. Liao (State Bar No. 66591) |
| 3 |       Alexander Frank Wiles | *wml@slksf.com* |
| | | 388 Market Street, Suite 900 |
| 4 | Alexander Frank Wiles | San Francisco, California 94111 |
| | *awiles@irell.com* | Telephone:   (415) 956-5959 |
| 5 | 1800 Avenue of the Stars, Suite 900 | Facsimile:    (415) 962-1431 |
| | Los Angeles, CA 90067-4276 | |
| 6 | Telephone: (310) 277-1010 | *Attorneys for Individual and Representative* |
| | Facsimile: (310) 203-7199 | *Plaintiff Louisiana Wholesale Drug Company,* |
| 7 | | *Inc.* |
| | *Attorneys for Plaintiff Smithkline Beecham* | |
| 8 | *Corporation d/b/a GlaxoSmithKline* | |

| | |
|---|---|
| HANGLEY ARONCHICK SEGAL & PUDLIN<br><br>By: ___/s/ Steve Shadowen_____<br>　　　Steve D. Shadowen<br><br>Steve D. Shadowen<br>*sshadowen@hangley.com*<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101-1701<br>Telephone: (717) 364-1007<br>Facsimile: (717) 362-1020<br><br>*Attorneys for Plaintiffs Rite Aid Corporation, Rite Aid HDQTRS, Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., and Caremark, L.L.C.* | KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King (SBN 206423)<br>*lking@kaplanfox.com*<br>Linda M. Fong (SBN 124232)<br>*lfong@kaplanfox.com*<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone:　(415) 772-4700<br>Facsimile:　(415) 772-4707 |
| KENNY NACHWALTER, PA<br><br>By: ___/s/ Scott Perwin_____<br>　　　Scott Eliot Perwin<br><br>Scott Eliot Perwin<br>*sperwin@kennynachwalter.com*<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br><br>*Attorneys for Plaintiffs Safeway Inc., Walgreen Co., The Kroger Co., New Albertson's, Inc., American Sales Company, Inc., and HEB Grocery Company, LP.* | Robert N. Kaplan (*Pro Hac Vice*)<br>*rkaplan@kaplanfox.com*<br>Linda P. Nussbaum (*Pro Hac Vice*)<br>*lnussbaum@kaplanfox.com*<br>John D. Radice (*Pro Hac Vice*)<br>*jradice@kaplanfox.com*<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone:　(212) 687-1980<br>Facsimile:　(212) 687-7714<br><br>*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |

BERGER & MONTAGUE, P.C.
Daniel Berger
*danberger@bm.net*
Eric L. Cramer (*Pro Hac Vice*)
*ecramer@bm.net*
David F. Sorensen
*dsorensen@bm.net*
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:   (215) 875-4604

*Lead Counsel for Rochester Drug Cooperative, Inc.*

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein (*Pro Hac Vice*)
*bgerstein@garwingerstein.com*
Noah H. Silverman (*Pro Hac Vice*)
*nsilverman@garwingerstein.com*
1501 Broadway, Suite 1416
New York, New York 10036
Telephone:   (212) 398-0055
Facsimile:   (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

ODOM & DES ROCHES, LLP
John Gregory Odom (*Pro Hac Vice*)
*dodom@odrlaw.com*
Stuart E. Des Roches (*Pro Hac Vice*)
*stuart@odrlaw.com*
John Alden Meade (*Pro Hac Vice*)
*jmeade@odrlaw.com*
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone:   (504) 522-0077
Facsimile:   (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith (*Pro Hac Vice*)
*dpsmith@psfllp.com*
W. Ross Foote (*Pro Hac Vice*)
*rfoote@psfllp.com*
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone:   (318) 445-4480
Facsimile:   (318) 487-1741

756214.1 - 5 - STIP. MO. AND PROP. ORDER TO CHANGE CLASS CERT. HEARING AND BRIEFING DATES CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti (*Pro Hac Vice*)
*tr@kttlaw.com*
Adam Moskowitz (*Pro Hac Vice*)
*amm@kttlaw.com*
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine (*Pro Hac Vice*)
*aa@adr-portland.com*
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone:    (503) 221-4570
Facsimile:    (503) 221-4590

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
437A Valley Street
San Francisco, CA 94131
Telephone:    (415) 422-6223

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek (*Pro Hac Vice*)
*jvanek@vaneklaw.com*
David P. Germaine (*Pro Hac Vice*)
*dgermaine@vaneklaw.com*
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone:    (312) 224-1500
Facsimile:    (312) 224-1510

SPERLING & SLATER
Paul E. Slater (*Pro Hac Vice*)
*pes@sperling-law.com*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone:    (312) 641-3200
Facsimile:    (312) 641-6492

*Additional Plaintiffs' Counsel*

1

**CERTIFICATION OF ACCEPTABILITY**

2

I, Joseph Saveri, attest that the content of this document is acceptable to all

3

persons required to sign it, including Nicole Norris, counsel for defendant Abbott Laboratories;

4

Alex Wiles, counsel for plaintiff Smithkline Beecham Corporation; Steve Shadowen, counsel for

5

plaintiffs Rite Aid Corporation *et al*.; and Scott Perwin, counsel for Plaintiffs Safeway Inc. *et al*.

6

By: */s/ Joseph R. Saveri*

7

Joseph R. Saveri

8

9

**Based on the stipulation of counsel in the above-captioned cases as well as all 3 related cases, the briefing and hearing dates in all 6 cases is continued as requested.**

10

11

It is SO ORDERED.

12

DATED: 4/4/08

HONORABLE CLAUDIA WILKEN

13-28