1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   *Class Counsel for Direct Purchaser Class Plaintiffs*
7
   [Additional Counsel Listed on Signature Page]
8

9

10                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                          (OAKLAND DIVISION)

12

| | |
|---|---|
| 13  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| 14 | *Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** |
| 15           Plaintiffs, | CONSOLIDATED CASE |
| 16      v. | ***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 17  ABBOTT LABORATORIES, | |
| 18           Defendant. | **Hon. Claudia Wilken** |
| 19 | |
| 20  SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, | Case No. C07-5470 (CW) |
| 21 | *Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** |
| 22 | |
| 23           Plaintiffs, | **Hon. Claudia Wilken** |
| 24      v. | |
| 25  ABBOTT LABORATORIES, | |
| 26           Defendant. | |
| 27 | |
| 28  --[*caption continues on next page*]— | |

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br>        Plaintiffs, <br><br>   v. <br><br>ABBOTT LABORATORIES, <br><br>        Defendant. | Case No. C07-6120 (CW) <br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW** <br><br>**Hon. Claudia Wilken** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully ask the Court, on an *ex parte* basis, for an order permitting them to file under seal:

- Brief of Direct Purchaser Class Plaintiffs In Opposition to Abbott's Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Brief").

Plaintiffs request that the unredacted version of Brief be filed under seal pursuant to Local Rule 79-5(d) because it refers to a document that defendant Abbott Laboratories has designated "confidential" pursuant to the protective order. Plaintiffs have lodged with the court the Brief and a redacted Brief in accordance with Local Rule 79-5(d).

Dated: June 19, 2008        Respectfully submitted,

                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                              By:    /s/Brendan Glackin
                                       Brendan Glackin

                              Joseph R. Saveri (State Bar No. 130064)
                              Eric B. Fastiff (State Bar No. 182260)
                              Brendan Glackin (State Bar No. 199643)
                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                              275 Battery Street, 30th Floor
                              San Francisco, CA  94111-3339
                              Telephone:  (415) 956-1000
                              Facsimile:  (415) 956-1008

                              *Class Counsel for Direct Purchaser Class Plaintiffs*

| | |
|---|---|
| Dated: June 19, 2008 | DILLINGHAM & MURPHY, LLP |
| | By:  /s/ Barbra L. Harris Chiang |
| | Barbra L. Harris Chiang |

William F. Murphy (State Bar No. 82482)
Edward E. Hartley (State Bar No. 122892)
Barbara L. Harris Chiang (State Bar No. 206892)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: wfm@dillinghammurphy.com

Scott E. Perwin (FL SBN 710083 - *Pro Hac Vice*)
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131-4327
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861
Email: sperwin@kennynachwalter.com

Steve D. Shadowen (PA SBN 41953 – *Pro Hac Vice*)
Monica L. Rebuck (PA SBN 78225 – *Pro Hac Vice*)
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone:  (717) 364-1030
Facsimile:   (717) 364-1020

Email:  sshadowen@hangley.com

*Attorneys for PlaintiffsAttorneys for Plaintiffs*