Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel for Direct Purchaser Class Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>CONSOLIDATED CASE<br><br>**MANUAL FILING NOTIFICATION: BRIEF OF DIRECT PURCHASER PLAINTIFFS IN OPPOSITION TO ABBOTT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>**Hon. Claudia Wilken** |
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-5470 (CW)<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>**Hon. Claudia Wilken** |

--[*caption continues on next page*]—

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-6120 (CW)<br><br>*Related per October 31, 2007 Order to* **Case No. C-04-1511 CW**<br><br>**Hon. Claudia Wilken** |

## **MANUAL FILING NOTIFICATION**

Regarding: Brief of Direct Purchaser Class Plaintiffs In Opposition to Abbott's Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
     _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
     _____

| | | |
|---|---|---|
| 1 | Dated: June 19, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By: _____/s/ Brendan Glackin_____ |

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Class Counsel for Direct Purchaser Class Plaintiffs*

| | |
|---|---|
| 1 | Dated: June 19, 2008 |

                                DILLINGHAM & MURPHY, LLP

                                By:        /s/ Barbra L. Harris Chiang
                                              Barbra L. Harris Chiang

William F. Murphy (State Bar No. 82482)
Edward E. Hartley (State Bar No. 122892)
Barbara L. Harris Chiang (State Bar No. 206892)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: wfm@dillinghammurphy.com

Scott E. Perwin (FL SBN 710083 - *Pro Hac Vice*)
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131-4327
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861
Email: sperwin@kennynachwalter.com

Steve D. Shadowen (PA SBN 41953 – *Pro Hac Vice*)
Monica L. Rebuck (PA SBN 78225 – *Pro Hac Vice*)
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1030
Facsimile:   (717) 364-1020

Email: sshadowen@hangley.com
*Attorneys for Plaintiffs*