<div style="margin-left:2em">
WINSTON & STRAWN LLP<br>
101 California Street<br>
San Francisco, CA 94111-5894
</div>

1. Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2. 101 California Street, Suite 3900
   San Francisco, CA 94111-5894
3. Telephone:    415-591-1000
   Facsimile:    415-591-1400
4. Email: nnorris@winston.com

5. James F. Hurst (*Admitted Pro Hac Vice*)
   David J. Doyle (*Admitted Pro Hac Vice*)
6. Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
7. 35 W. Wacker Drive
   Chicago, IL 60601-9703
8. Telephone:    312-558-5600
   Facsimile:    312-558-5700
9. Email: jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
10.
11. Charles B. Klein (*Admitted Pro Hac Vice*)
    WINSTON & STRAWN
    1700 K. Street, N.W.
12. Washington, D.C., 20006-3817
    Telephone:    202-282-5000
13. Facsimile:    202-282-5100
    Email: cklein@winston.com
14.
    Attorneys for Defendant
15. ABBOTT LABORATORIES

16. **UNITED STATES DISTRICT COURT**
17. **NORTHERN DISTRICT OF CALIFORNIA**
18. **OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **Case No. C 07-5985 CW** |
| | *Related by October 31, 2007 Order to:* |
| | *Case No. C 04-1511 CW* |
| Plaintiffs, | |
| | **CONSOLIDATED CASE** |
| vs. | |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL** |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| | **The Honorable Judge Wilken** |
| [caption continues on next page] | |

|   |   |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-5470 CW**<br><br>*Related by October 31, 2007 Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | **Case No. C 07-6120 CW**<br><br>*Related by October 31, 2007 Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>**The Honorable Judge Wilken** |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

1  Having considered Plaintiffs' Ex Parte Administrative Motion to File Certain
2  Documents Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good
3  cause, therefore, Plaintiffs' Motion is GRANTED.
4  Accordingly, the following materials shall be filed UNDER SEAL:
5  • Portions of Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's
6  Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).
7  • Exhibit 1 to the Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's
8  Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).
9  •

Dated: _____   By: _____
                                               Hon. Claudia Wilken
                                               United States District Judge

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5894