Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN
1700 K. Street, N.W.
Washington, D.C., 20006-3817
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>ABBOTT LABORATORIES,<br><br>                Defendant.<br><br>        [caption continues on next page] | **Case No. C 07-5985 CW**<br><br>*Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW*<br><br>**CONSOLIDATED CASE**<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL**<br><br>**The Honorable Judge Wilken** |

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **Case No. C 07-5470 CW** <br><br> *Related by October 31, 2007 Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL** <br><br> The Honorable Judge Wilken |
| RITE AID CORPORATION; RITE AID HDQTRS. CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **Case No. C 07-6120 CW** <br><br> *Related by October 31, 2007 Order to:* <br><br> *Case No. C 04-1511 CW* <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SEAL** <br><br> **The Honorable Judge Wilken** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL CASE NOS. C 07-5985;C 07-5470 CW; C-07-6120

Having considered Plaintiffs' Ex Parte Administrative Motion to File Certain Documents Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good cause, therefore, Plaintiffs' Motion is GRANTED.

Accordingly, the following materials shall be filed UNDER SEAL:

- Portions of Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).

- Exhibit 1 to the Brief of Direct Purchaser Plaintiffs In Opposition To Abbott's Motion For Certification Of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).

7/3/08

Dated: _____    By: _____
                                                                                 Hon. Claudia Wilken
                                                                                 United States District Judge

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894