```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  SAFEWAY INC., et al.,       )
                                )
12           Plaintiff(s),      )   No. C07-5470 CW (BZ)
                                )
13       v.                     )
                                )
14  ABBOTT LABORATORIES,        )
                                )
15           Defendant(s).      )
                                )
16  SMITH KLINE BEECHAM CORP.,  )   No. C07-5702 CW (BZ)
    dba GLAXOSMITHKLINE,        )
17                              )
             Plaintiff(s),      )
18                              )
         v.                     )
19                              )
    ABBOTT LABORATORIES,        )
20                              )
             Defendant(s).      )
21                              )
    MEIJER, INC. & MEIJER       )   No. C07-5985 CW (BZ)
22  DISTRIBUTION, INC., et al., )
                                )
23           Plaintiff(s),      )   FIRST DISCOVERY ORDER
                                )
24       v.                     )
                                )
25  ABBOTT LABORATORIES,        )
                                )
26           Defendant(s).      )
                                )
27
28

                                    1
```

```
 1  RITE AID CORP., et al.,      )      No. C07-6120 CW (BZ)
                                 )
 2           Plaintiff(s),       )
                                 )
 3       v.                      )
                                 )
 4  ABBOTT LABORATORIES,         )
                                 )
 5           Defendant(s).       )
                                 )
 6
```

7      Following a telephone conference at which all parties
8  were represented by counsel, the parties stipulated to entry
9  of the following discovery order.

10      **IT IS HEREBY ORDERED** as follows:

11      1.  On or before November 26, 2008, Abbott will complete
12  the production of the following documents:

13          a.  All licensing documents.

14          b.  All documents with respect to the witnesses'
15  depositions.

16          c.  All cost related documents.

17          d.  All profit related documents.

18      2.  Abbott shall produce the following individuals for
19  deposition at the date and time indicated:

20          Poulous - December 4, 2008

21          Weinstock - December 9, 2008

22          Rivetti - December 10, 2008

23          Scerio - December 16, 2008 at 11:00 a.m. C.S.T.

24          DeYoung - December 17, 2008

25          Hodkinson - December 17, 2008

26          Fiske - December 18, 2008

27          Hendricks - December 19, 2008

28      3.  On or before December 19, 2008, at a date mutually

agreeable to all interested parties, Abbott will produce for deposition Devlin and a 30(b)(6) witness on the issues of profits and research and development costs.

Dated: November 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEIJER V. ABBOTT LABS\DISC ORD 1.wpd

3