1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (SBN 82482)
2  BARBARA L. HARRIS CHIANG (SBN206892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104
   Telephone:     (415) 397-2700
4  Facsimile:     (415) 397-3300
   Email: wfm@dillinghammurphy.com
5
   HANGLEY ARONCHICK SEGAL & PUDLIN
6  STEVE D. SHADOWEN (*Admitted Pro Hac Vice*)
   MONICA L. REBUCK (*Admitted Pro Hac Vice*)
7  30 N. Third Street, Suite 700
   Harrisburg, Pennsylvania 17101
8  Telephone:     (717) 364-1030
   Facsimile:     (717) 364-1020
9  Email: sshadowen@hangley.com

   MUNGER TOLLES & OLSON LLP
   JEFFREY I. WEINBERGER (SBN 56214)
   STUART N. SENATOR (SBN 148009)
   355 South Grand Avenue
   Los Angeles, CA 90071
   Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
   Email: jeffrey.weinberger@mto.com

   WINSTON & STRAWN LLP
   JAMES F. HURST (*Admitted Pro Hac Vice*)
   DAVID J. DOYLE (*Admitted Pro Hac Vice*)
   35 W. Wacker Drive
   Chicago, IL 60601
   Telephone: (312) 558-5600
   Facsimile: (312) 558-5700
   Email: jhurst@winston.com

10 Attorneys for PLAINTIFFS

   Attorneys for DEFENDANT ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RITE AID CORPORATION; RITE AID HDQTRS, CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-6120 (CW)<br><br>*Related per November 19, 2007 Order to* Case No. C04-1511 (CW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**DATE:    N/A**<br>**TIME:    N/A**<br>**PLACE:   N/A**<br>**JUDGE:   Honorable Claudia Wilken** |

1  All Plaintiffs and Defendant Abbott Laboratories, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Steve D. Shadowen                    /
Steve D. Shadowen (Pro Hac Vice)
Monica L. Rebuck (Pro Hac Vice)
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101
*Attorneys for Rite Aid Corp. et al.*

/s/ Stuart N. Senator                    /
Jeffrey I. Weinberger
Stuart N. Senator
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071
*Attorneys for Defendant Abbott Laboratories*

/s/ William F. Murphy                    /
William F. Murphy
Barbara L. Harris Chiang
DILLINGHAM & MURPHY
225 Bush Street, 6th Floor
San Francisco, CA 94104
*Attorneys for Rite Aid Corp. et al.*

/s/ James F. Hurst                    /
James F. Hurst (Pro Hac Vice)
David J. Doyle (Pro Hac Vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Defendant Abbott Laboratories*

I, Stuart N. Senator, attest that concurrence in the filing of this document has been obtained from all persons required to sign it.

/s/ Stuart N. Senator
*Counsel for Defendant Abbott Laboratories*

IT IS SO ORDERED

Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA